United States District Court
Southern District of Texas

**ENTERED**

May 14, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Darian Elgardo Castillo Marintez and Dilian Castillo Martinez, as next friend, | § § § | |
| Petitioner, | § § | |
| vs. | § § § | CIVIL ACTION NO. 4:26-cv-3532 |
| Raymond Thompson, | § § | |
| Respondent. | § § § § | |

## **ORDER**

Pending before the Court is Petitioner's Emergency Motion. ECF No. 8. Petitioner Darian Elgardo Castillo Martinez (A#203-463-480) is presently in custody of U.S. Immigration and Customs Enforcement ("ICE") officials at the Joe Corley Detention Facility in Conroe, Texas. His sister, Dilian Castillo Martinez, purporting to act as next friend, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, alleging that Petitioner is being detained unlawfully and requesting his immediate release. ECF No. 1.

The Court previously entered a notice of deficiency and order requiring either Petitioner to file an amended petition under his own signature or Dilian Castillo Martinez to file a motion to proceed as next friend. Order, ECF No. 6. The Court also ordered the Government to file an answer to the petition by May 14, 2026.

Order, ECF No. 7.

On May 1, 2026, Dilian Castillo Martinez filed a motion to prevent Petitioner from being transferred to a different detention facility. ECF No. 2. In its previous notice of deficiency and order, the Court denied this motion as moot because the Court ordered the Government to notify the Court at least 5 days in advance if it intends to transfer Petitioner. Order, ECF No. 6. Also on May 1, 2026, Dilian Castillo Martinez filed this emergency motion, asking the court to "(1) expedite review; (2) order [Petitioner's] immediate release under appropriate supervision or conditions; (3) order that he not be transferred while this case is pending; and (4) grant any other relief deemed just and proper." ECF No. 8 at 1.

The Court is reviewing this case on an expedited basis, which is why the Court ordered the Government to file an answer by May 14, 2026. Once the Government files its answer and Petitioner files a reply, the Court will determine whether Petitioner should be released. In the meantime, the Government cannot transfer Petitioner without providing the Court with at least a 5-day notice. Petitioner may file a motion to prevent his transfer if the Government files such a notice.

Accordingly, the Court **DENIES** Petitioner's motion. ECF No. 8.

Signed at Houston, Texas, on May 14, 2026.

_____

**DENA HANOVICE PALERMO**
**UNITED STATES MAGISTRATE JUDGE**